FILED
NOV 14 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JUDGE JOHNSTON

Magistrate Judge Schneider

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) UNDER SEAL |
| | ) |
| | ) No. 23 CR 50046 |
| vs. | ) |
| | ) Violation: Title 18, United |
| | ) States Code, Section 922(g)(1) |
| ZACHERY SANDERS | ) |

## INDICTMENT

The SPECIAL OCTOBER 2022 GRAND JURY charges:

On or about April 19, 2023, at Rockford, in the Northern District of Illinois, Western Division,

ZACHERY SANDERS,

defendant herein, knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a loaded firearm, namely a Taurus, Model G3C, Pistol bearing serial number ACH123661, which firearm had been transported in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United State Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL OCTOBER 2022 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Sections 922(g) as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Taurus, Model G3C, Pistol bearing serial number ACH123661, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

RONALD DEWALD  Digitally signed by RONALD DEWALD
Date: 2023.11.14 10:02:30 -06'00'
_____
Ronald L. DeWald, Jr. on behalf of the
ACTING UNITED STATES ATTORNEY